# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                             Case No. 13-CR-107

**ARUNAS JANKAUSKAS**
        Defendant.

## ORDER

**IT IS ORDERED** that the warrant issued on September 26, 2014, is dismissed.

Defendant may be transferred to BOP custody to commence service of his sentence.

Dated at Milwaukee, Wisconsin, this 1st day of October, 2014.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge